```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/10/22
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,　　　　　　　　　1:22-cr-00268 (MKV)

　　　　　-against-　　　　　　　　　　　　　　**ORDER**

JAMSHED RAHMAOV

　　　　　　　Defendant.

---

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that a change of plea conference in this matter is scheduled for June 17, 2022 at 11:00 AM. In the interest of justice, all time from today to June 17, 2022 is excluded under the speedy trial act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial in that it will allow the government to complete its production of discovery materials; and for the parties to discuss a potential pretrial disposition of this matter. Defendant consents to the exclusion of time.

**SO ORDERED.**
**Date June 10, 2022**　　　　　　　　　　　HONORABLE MARY KAY VYSKOCIL
**New York, NY**　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE