```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/22
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                                1:22-CR-0268 (MKV)

        -against-                                                **ORDER**

JAMSHED RAHMATOV

        Defendant.

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED the change of plea conference scheduled for June 17, 2022 at 11:00 AM is adjourned to June 28th at 10:30am. In the interest of justice, all time from today to June 28, 2022 is excluded under the speedy trial act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial. Defendant consents to the exclusion of time.

**SO ORDERED.**

**Date: June 16, 2022**

                                            _____
                                            HONORABLE MARY KAY VYSKOCIL
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK