```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JAMSHED RAHMATOV,

               Defendants.

22-cr-268 (MKV)

SCHEDULING ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

      On November 7, 2022, Leo Shalit, counsel for the defendant, filed a motion to be relieved and a request for CJA appointment. [ECF No. 26.] The parties are ORDERED to appear for a conference on November 14, 2022 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

**Date: November 7, 2022**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**