USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JAMSHED RAHMATOV,

                    Defendants.

22-cr-268 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In anticipation of the conference regarding appointment of CJA counsel scheduled for November 14, 2022, the Defendant must submit all appropriate financial affidavits to establish that he is entitled to the appointment of counsel.

**SO ORDERED.**

Date:  **November 10, 2022**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**