UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/14/2022
```

UNITED STATES OF AMERICA,

        -v-

JAMSHED RAHMATOV,

             Defendants.

1:22-cr-268 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On November 4, 2022, the Court sentenced Defendant Jamshed Rahmatov after he entered a guilty plea in connection with Count 1 of the Information.  The judgment was filed on November 7, 2022.  [ECF No. 25.]  Nearly simultaneously with the filing of the judgment, Leo Shalit, the Defendant's counsel, filed a motion to be relieved as counsel, a request for appointment of CJA counsel, a request on behalf of Defendant to proceed on appeal *in forma pauperis*, and a request that the time to file the Notice of Appeal be extended.  [ECF No. 26.]  On November 10, 2022, the Court ordered the Defendant to submit all appropriate financial affidavits to establish that he is entitled to the appointment of CJA counsel.  [ECF No. 28.]  The Defendant provided the requested records, and the Court held a conference with the parties on November 14, 2022.

As discussed on the record at the November 14, 2022 conference, Mr. Shalit's request to be relieved as counsel and the request for appointment of CJA trial counsel *in the District Court* is GRANTED.  It is FURTHER ORDERED that Zachary Margulis-Ohnuma is appointed as trial counsel for Defendant.

Pursuant to Federal Rule of Appellate Procedure 24(a), the Defendant's request to proceed on appeal *in forma pauperis* is GRANTED.  As the Court advised the Defendant at the hearing, appellate counsel will be appointed by the Second Circuit Court of Appeals.  IT IS FURTHER

ORDERED that, upon a finding of good cause, the Court extends the Defendant's time to file a

Notice of Appeal by 30 days.  *See* Fed. R. App. P. 4(b).

**SO ORDERED.**

**Date:  November 14, 2022**
      **New York, NY**

                                  **MARY KAY VYSKOCIL**
                                    **United States District Judge**