```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JAMSHED RAHMATOV,

                Defendants.

1:22-cr-268 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    On November 15, 2022, the Court received by certified mail a handwritten letter from Defendant Jamshed Rahmatov, a copy of which is attached. As with any communications the Court receives from the parties, this letter will be separately filed on the public docket.

    The Court has informed counsel for both parties of its receipt of this letter via email. Subsequently, Defendant's counsel, Mr. Margulis-Ohnuma, emailed the Court, requesting that the letter be withdrawn, not considered, and not placed on the public docket. This request, as any request to the Court, should be filed on the public docket in the form of a letter. To the extent Defendant's counsel wishes to withdraw Defendant's letter, a formal application or notice of withdrawal should be made on the docket.

**SO ORDERED.**

Date: **November 15, 2022**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

Jamshed Rahmatov 914230-54.
MDC Brooklyn
November 7, 2022.

Case No. 22 MAG 1340

Dear,
Judge Mary Kay Viscosity

I, Jamshed Rahmatov, wish to appeal my case on grounds of ineffective assistance of counsel.

Thank you,
Jamshed Rahmatov.

